UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA

RONALD MOORE,                       )   3:09-CV-00157-ECR-VPC
                                    )
    Plaintiff,                      )   MINUTES OF THE COURT
                                    )
vs.                                 )   DATE: July 15, 2010
                                    )
AT&T, et al.,                       )
                                    )
    Defendants.                     )
                                    )

PRESENT:    EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN     Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING


MINUTE ORDER IN CHAMBERS

    On June 22, 2010, the Magistrate Judge filed a Report and Recommendation (#5) recommending that this action be dismissed with prejudice.  No objections were timely filed to the Magistrate Judge's Report and Recommendation (#5).

    The Report and Recommendation (#5) appears to be well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#5) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

    The Clerk shall enter judgment accordingly.

                                           LANCE S. WILSON, CLERK

                                           By    /s/
                                                Deputy Clerk