AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

RONALD MOORE,

     Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                         CASE NUMBER: **3:09-CV-00157-ECR-VPC**

AT&T, et al.,

     Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation (Dkt #5) is APPROVED and ADOPTED. This action is DISMISSED with prejudice.


  07/15/2010                                         **LANCE S. WILSON**
                                                                Clerk

                                                               /s/ P. McDonald
                                                               Deputy Clerk